UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-795(JMR/JGL)

Juan Bautista Pion )
)
v. ) ORDER
)
Hennepin County Police Department, )
Hennepin County District )
Attorney's Office, and Hennepin )
County Judge Burke K. )

Plaintiff has appealed the Report and Recommendation, issued June 18, 2001, by the Honorable Jonathan Lebedoff, United States Magistrate Judge, to the Court of Appeals for the Eighth Circuit, prior to this Court's adoption or rejection of the Report. The Court of Appeals has remanded the case.

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation. The Court also determines that the issues in the remand are moot based on this ruling. Accordingly, IT IS ORDERED that:

1. Plaintiff's application for leave to proceed in forma pauperis is denied. [Docket Nos. 2 and 4.]

2. This action is dismissed with prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) and (2).

3. Plaintiff is required to pay the unpaid balance of the Court filing fee of $145.00, in accordance with 28 U.S.C. § 1915(b)(2).

4. The dismissal of this action is counted as a strike against plaintiff for purposes of 28 U.S.C. § 1915(g).

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 25th, 2001

JAMES M. ROSENBAUM
United States Chief District Judge